2/27/01

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EUGENE ROSCOE LESEANE, :
:
    Petitioner :
:
v. : CIVIL NO. 1:CV-00-1688
:
JONATHAN C. MINER, : (Judge Kane)
:
    Respondent :

FILED
HARRISBURG, PA
FEB 26 2001
MARY E. D'ANDREA, CLE
Per _____
Deputy Clerk

<u>ORDER</u>

NOW, THIS 26th DAY OF February, 2001, IT IS HEREBY ORDERED THAT:

  1.  The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondent and the United States Attorney.

  2.  Within twenty (20) days of the date of this order, Respondent shall respond to the allegations in the petition.

  3.  A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

  4.  Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its

filing.

                                                _____
                                                YVETTE KANE
                                                United States District Judge

YK:dlb

```
                    UNITED STATES DIST[RICT COURT]
                             FOR THE
                    MIDDLE DISTRICT OF P[ENNSYLVANIA]

                      * * MAILING CERTIFICAT[E] * *

                             February 26[, 2001]

     Re:   1:00-cv-01688    Leseane v. Miner


     True and correct copies of the attached w[ere mailed]
     to the following:


          Eugene Roscoe Leseane
          FPC-ALLEN
          Federal Prison Camp at Allenwood
          29958-037
          P.O. Box 1000
          Montgomery, PA   17752
```

U.S. Postal Service  
**CERTIFIED MAIL RECEIPT**  
(Domestic Mail Only; No Insurance Coverage Provided)

Recipient's Name: David Barasch  
PO Box 11754  
Harrisburg PA 17108

Recipient's Name: John Ashcroft, U.S. Atty Gen  
10th & Constitution Ave. Rm 511  
Washington DC 20530

```
cc:
Judge                            (✓)         (✓) Pro Se Law Clerk
Magistrate Judge                 ( )         ( ) INS
U.S. Marshal                     ( )         ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( )   with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              (✓)   with Petition attached & mailed certified mail
                                       to:  US Atty Gen   ( )   PA Atty Gen ( )
                                            DA of County  ( )   Respondents (✓)

Bankruptcy Court                 ( )
Other _____     ( )
                                                 MARY E. D'ANDREA, Clerk

     DATE:  2-26-01                        BY:  JK
                                                Deputy Clerk
```