**FILED**
**HARRISBURG**

MAR 13 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) — U.S. DEPARTMENT OF JUSTICE  FEB 28 2001  LOC MAILROOM   B. Date of Delivery<br>C. Signature  X  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No |
| 1. Article Addressed to:<br>John Ashcroft.<br>U.S. Attorney General<br>Main Justice Bldg-Rm 511<br>10th & Constitution Ave.<br>Washington, DC 20530 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000 0520 0023 0166 1056 | (1 of 2) |
| PS Form 3811, July 1999  Domestic Return Receipt | 102595-00-M-0952 |

1-00-cv-1688
Show Cause
order
2/26/01

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery FEB 27 2001<br>C. Signature  X  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No |
| 1. Article Addressed to:<br>David Barasch<br>P.O. Box 11754<br>Harrisburg, PA 17108 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000 0520 0023 0166 1063 | (2 of 2) |
| PS Form 3811, July 1999  Domestic Return Receipt | 102595-00-M-0952 |