UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EUGENE ROSCOE LESEANE,          :
                                :
         Petitioner             :
                                :
    v.                          :    CIVIL NO. 1:CV-00-1688
                                :
JONATHAN C. MINER,              :    (Judge Kane)
                                :
         Respondent             :

FILED
HARRISBURG, PA
APR 20 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

### ORDER

NOW, THIS 20th DAY OF APRIL, 2001, upon consideration of the fact that Petitioner may file a reply brief as a matter of right, IT IS HEREBY ORDERED THAT Petitioner's motion for leave to file a reply brief to the government's response to the petition for writ of habeas corpus (Doc. No. 5) is dismissed as unnecessarily filed.

_____
YVETTE KANE
United States District Judge

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 20, 2001

Re:  1:00-cv-01688   Leseane v. Miner

True and correct copies of the attached were mailed by the clerk to the following:

    Eugene Roscoe Leseane
    FPC-ALLEN
    Federal Prison Camp at Allenwood
    29958-037
    P.O. Box 1000
    Montgomery, PA  17752

    Kate L. Mershimer, Esq.
    U.S. Attorneys Office
    Room 217, Federal Bldg.
    228 Walnut St.
    Harrisburg, Pa  17108

    David Barasch
    United States Attorney's Office
    Room 217, Federal Building & Court House
    228 Walnut Street
    Harrisburg, PA  17108

cc:
| | | | |
|---|---|---|---|
| Judge | (✓) | ( ) | Pro Se Law Clerk |
| Magistrate Judge | (✓) | ( ) | INS |
| U.S. Marshal | ( ) | ( ) | Jury Clerk |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | ( ) | | |
| Federal Public Defender | ( ) | | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )   Pltf's Attorney ( ) | |
| Standard Order 93-5 | ( ) | | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail | |

```
                              to:  US Atty Gen    ( )   PA Atty Gen  ( )
                                   DA of County   ( )   Respondents  ( )
Bankruptcy Court     ( )
Other_____( )
                                              MARY E. D'ANDREA, Clerk

DATE: ____4-20-0/____                BY: ____/s/____
                                         Deputy Clerk
```