ORIG

P.O. Box 1000
Federal Prison Camp Allenwood
Montgomery, Pennsylvania 17752
August 16, 2001

8-20-01
sc

FILED
HARRISBURG, PA

AUG 17 2001

MARY E. D'ANDREA, CLERK
Per _____

Honorable Yvette Kane
United States District Judge
235 Washington Avenue
Scranton, Pennsylvania 18501

                Re: <u>Eugene R. Leseane, Petitioner, vs. United States Of America ex rel. Jonathan C. Miner, Warden, Respondent</u>: Civil Action No. 1:cv-00-1688

Dear Judge Kane:

    I am contacting you to request that the Court expeditiously decide and issue a final decision with regards to the issues contained within Petitioner's 28 U.S.C. §2241 petition(§2241 petition).

    Petitioner's §2241 was filed in this Court in September 2000. One of Petitioner's contention was that he was serving an illegal sentence. If Petitioner's contentions are legally sound he has and continues to be prejudiced by the illegal sentence that keeps him imprisoned.

    The issues presented in Petitioner's §2241 petition have been briefed and Petitioner respectfully requests this Court issue its decision with regards to the issues contained within.

(1)

I declare under penalty of perjury that the foregoing is true and correct.          28 U.S.C. §1746.

14 Aug 01
DATE

*[signature]*
SIGNATURE

(2)