Case No: 1:00-cv-1688    Document No: 9,   1 Co

Eugene Roscoe Leseane
29958-037
FPC-ALLEN
Federal Prison Camp at Allenwood
P.O. Box 1000
Montgomery, PA 17752



U.S. POSTAGE
$0.600
METER
N 9500941

HARRISBURG, PA
08-01-02

FORWARDING ORDER EXPIRED
UNKNOWN ADDRESSEE
ORIZATION FOR RECEIPT NOT OBTAINED

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER / STREET
☐ NOT DELIVERABLE AS ADDRESSED
      - UNABLE TO FORWARD

**RTS**
RETURN TO SENDER

**FILED**
HARRISBURG, PA

AUG 0 9 2002

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS